948

No. 5784. LEPISCOPO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5785. SHAKUR ET AL. v. MURTAGH, JUDGE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5786. HOWARD v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 5789. VEACH v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 5792. SMITH v. LASH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5793. HYDE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5799. GARDNER v. SUPERIOR COURT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 5801. FARESE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5804. ESSER v. LION MATCH CORPORATION OF AMERICA. C. A. 3d Cir. Certiorari denied.

No. 5806. ROLLINS v. FITZBERGER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 5807. LEWIS v. FITZHARRIS, TRAINING FACILITY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 5809. REMALEY v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 5812. O'NEAL v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.